MILTON GOLDBERG, by HYMAN GOLDBERG, His Guardian ad Litem, Respondent, *v.* ELIZABETH ADELMAN, Appellant.

HYMAN GOLDBERG, Respondent, *v.* ELIZABETH ADELMAN, Appellant.

(Argued April 7, 1930; decided May 6, 1930.)

*Arthur J. W. Hilly, Corporation Counsel (Henry J. Shields, Charles C. Marrin* and *J. Joseph Lilly* of counsel), for appellant.

*Robert L. Turk* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.